OPINION — AG — QUESTION : "MAY A PERSON APPOINTED BY 11 O.S. 1961 962.26 [11-962.26] AND ACTING AS MUNICIPAL JUDGE FOR AN INCORPORATED CITY WITH THE STATUTORY STRONG MAYOR COUNCIL FORM OF GOVERNMENT AT THE SAME TIME SERVE AND ACT AS A JUSTICE OF THE PEACE (DUAL OFFICE HOLDING) ?" — NEGATIVE. CITE: 74 O.S. 1961 18 [74-18](B)(D), 51 O.S. 1961 6 [51-6], 11 O.S. 1961 711 [11-711], 11 O.S. 1961 712 [11-712] (HUGH COLLUM)